UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA FRENCH,<br><br>        Plaintiff,<br><br>    -against-<br><br>CAVALRY PORTFOLIO SERVICES, LLC<br><br>        Defendant. | Civil Action No. 3:15-cv-1426 (BKS/DEP) |

## NOTICE OF SETTLEMENT

Now comes the Plaintiff, ALICIA FRENCH, by and through her attorney, and hereby notifies the Court that the parties have reached a settlement to the above-captioned matter. Plaintiff anticipates that she will be able submit a Notice of Dismissal with Prejudice within the next 45 days. The parties respectfully request the Court remove this matter from its active docket and grant Plaintiff until January 29, 2016 to file a formal Notice of Dismissal.

                                RESPECTFULLY SUBMITTED,

                                ALICIA FRENCH

                                By:    /s/ Danielle S. McKinley
                                        Attorney for Plaintiff

DANIELLE S. MCKINLEY
Attorney for Plaintiff
Bar Role No. 519760
Allen Chern Law
79 W. Monroe, 5th Fl.
Chicago, IL 60603
Tel:  312-940-7226
Fax:  866-359-7478
Email: dmckinley@uprightlaw.com

## **CERTIFICATE OF SERVICE**

I, Danielle S. McKinley, hereby certify that, on December 15, 2015, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Danielle S. McKinley
Attorney for Plaintiff