UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA FRENCH,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>CAVALRY PORTFOLIO SERVICES, LLC<br><br>　　　　　　Defendant. | Civil Action No. 3:15-cv-1426 (BKS/DEP) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ALICIA FRENCH, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, CAVALRY PORTFOLIO SERVICES, LLC, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  An answer has not been filed.

Dated: December 29, 2015　　　　　　　　By:　　/s/ Danielle S. McKinley
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DANIELLE S. MCKINLEY
Attorney for Plaintiff
Bar Role No. 519760
Allen Chern Law
79 W. Monroe, 5th Fl.
Chicago, IL 60603
Tel:  312-940-7226
Fax:  866-359-7478
Email: dmckinley@uprightlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 29, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and to the below named party via electronic mail.

/s/ Danielle S. McKinley
Attorney for Plaintiff

Ms. Penny Shemtob, Esq.
Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, New York 10595
*pshemtob@cavps.com*